**Order filed April 2, 2020**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00568-CV
_____

**WILLIAM DEXTER LUCAS, Appellant**

**V.**

**CARRINGTON MORTGAGE SERVICES, LLC, Appellee**

---

**On Appeal from County Court at Law No 2**
**Fort Bend County, Texas**
**Trial Court Cause No. 19-CCV-065346**

---

**O R D E R**

Appellant's brief was due February 6, 2020**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **May 4, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.